**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Christopher Bretheim and Regina Bretheim, | Civil No.: 06-490 (RHK/RLE) |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Monaco Coach Corporation, d/b/a Holiday Rambler, a Delaware corporation qualified to transact business in the State of Minnesota, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 9), that:

1. The above-captioned action shall be and is hereby **DISMISSED WITH PREJUDICE** and on the merits;

2. The dismissal of this action does not affect the case pending between Plaintiffs and Monaco, <u>Bretheim v. Monaco Coach Corp.</u>, currently pending in the Minnesota Court of Appeals, Case No. A06-127, and their positions in that case are returned to their status as if the above-captioned action in this Court had never been filed or commenced; and

3. Plaintiffs shall reimburse Monaco for the service and filing fees Monaco incurred in this action, totaling $622.00, on or before March 20, 2006.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 13, 2006

                                               S/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge